UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| POST ROAD EQUIPMENT FINANCE SPV, LLC, | § § § | CIVIL ACTION NO. |
| Plaintiff, | § § | JUDGE |
| VS. | § § | |
| CROSBY MARINE TRANSPORTATION, LLC; CROSBY & SON TOWING, L.L.C.; KURT CROSBY, L.L.C.; CROSBY OFFSHORE MARINE SERVICE, L.L.C.; and CROSBY ENTERPRISES, LLC, in personam; and the following documented vessels, with their engines, machinery, equipment, fixtures, appurtenances, etc., in rem: ALLISON MARIE (Official No. 646831) CAPT CROSBY (Official No. 636072); CROSBY GENERAL (Official No. 625205); CROSBY GRACE (Official No. 642422); CROSBY LIGHTNING (Official No. 646296); TARA ELIZABETH (Official No. 641377), | § § § § § § § § | MAGISTRATE JUDGE IN ADMIRALTY FED. R. CIV. P. 9(h) |
| Defendants. | | |

**VERIFIED COMPLAINT**

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

NOW INTO COURT, through undersigned counsel, comes Post Road Equipment Finance SPV, LLC (formerly known as Encina Equipment Finance SPV, LLC) ("Post Road"), and for its Verified Complaint against defendants, the M/V ALLISON MARIE (Official No. 646831), M/V CAPT CROSBY (Official No. 636072); M/V CROSBY GENERAL (Official No. 625205); M/V

1

-2-

CROSBY GRACE (Official No. 642422); M/V CROSBY LIGHTNING (Official No. 646296); M/V TARA ELIZABETH (Official No. 641377), with their engines, machinery, equipment, fixtures, appurtenances, etc. (collectively, the "Vessels"), *in rem,* and defendants Crosby Marine Transportation, LLC, Crosby & Son Towing, L.L.C., Kurt Crosby, L.L.C., Crosby Offshore Marine Service, L.L.C., and Crosby Enterprises, L.L.C. (collectively, "Crosby"), *in personam* (all of the foregoing, collectively, "Defendants"), and stating an admiralty and maritime claim within the meaning of Rule 9(h) and Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure, respectfully represents upon information and belief as follows:

1.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims. Jurisdiction is based on 28 U.S.C. §1333.

2.

Venue is proper in this District in accordance with Rule C as the Vessels are or will be within the physical jurisdiction of this Court during the pendency of this action and in accordance with 28 U.S.C. § 1391 as Defendant Crosby, resides in Galliano, Louisiana, in the Eastern District of Louisiana.

3.

At all relevant times, Plaintiff Post Road was and is a Delaware limited liability company with its principal place of business in Westport, Connecticut, which loaned certain sums to Crosby and the Vessels as set forth in this Verified Complaint.

4.

Crosby Marine Transportation, LLC, Crosby & Son Towing, L.L.C., Kurt Crosby, L.L.C., Crosby Offshore Marine Service, L.L.C., and Crosby Enterprises, L.L.C. are all Louisiana limited liability companies with their principal place of business in Galliano, Louisiana.

5.

The M/V ALLISON MARIE (Official No. 646831), M/V CAPT CROSBY (Official No. 636072); M/V CROSBY GENERAL (Official No. 625205); M/V CROSBY GRACE (Official No. 642422); M/V CROSBY LIGHTNING (Official No. 646296); and M/V TARA ELIZABETH (Official No. 641377) are all U.S. documented vessels with the foregoing official numbers which were and are engaged in maritime commerce within the waters of the United States and owned by the following entities.

| Vessel | Owner |
| --- | --- |
| M/V ALLISON MARIE | Crosby Offshore Marine Service, L.L.C. |
| M/V CAPT CROSBY | Crosby & Son Towing, L.L.C. |
| M/V CROSBY GENERAL | Crosby Marine Transportation, L.L.C. |
| M/V CROSBY GRACE | Crosby Marine Transportation, L.L.C. |
| M/V CROSBY LIGHTNING | Crosby Marine Transportation, L.L.C. |
| M/V TARA ELIZABETH | Kurt Crosby, L.L.C. |

6.

This action seeks: (a) the enforcement of a certain preferred ship mortgage and other security interests in each Vessel and in other collateral granted to Post Road by Crosby, including accounts, inventory, equipment, general intangibles, books and records, products and proceeds of collateral as described in various contracts (as detailed herein), and of related civil and maritime

contractual rights in favor of Post Road and against the Vessels, *in rem*, and against Crosby, *in personam*; (b) a money judgment on the related obligations owed by the Defendants to Post Road under various contracts (as detailed herein); and (c) issuance of warrants of arrest of the Vessels, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure

7.

Post Road and Crosby entered into that certain Credit Agreement dated December 30, 2020, whereby Post Road loaned, and Crosby borrowed, FIVE MILLION DOLLARS ($5,000,000) (the "Loan"), a true and correct copy of which is attached as Exhibit 1 (the "Credit Agreement").[1]

8.

Pursuant to the Credit Agreement, each of Crosby Marine Transportation, LLC, Crosby & Son Towing, L.L.C., Kurt Crosby, L.L.C., Crosby Offshore Marine Service, L.L.C., and Crosby Enterprises, L.L.C. provided a guarantee and agreed to be jointly and severally liable for the obligations of Crosby under the Credit Agreement.

9.

In consideration of the Loan, Crosby provided Post Road with preferred ship mortgages over the Vessels, true and correct copies of which are attached as Exhibit 2 (the "Mortgages").

10.

Crosby failed to make timely payments on the Loan and failed to deliver the financial reporting in accordance with the Credit Agreement, which constitute events of default, beginning on or about March 1, 2025.

---

[1] The copy of the credit agreement omits the schedules and other exhibits/appendices for the sake of brevity. The full Credit Agreement including all of its exhibits, schedules, appendices etc. is incorporated herein by reference as if attached in full.

11.

On or about July 16, 2025, Crosby and Post Road[2] entered into that certain Forbearance and Waiver Agreement ("FWA") wherein Post Road agreed to forbear from exercising its rights and remedies in consideration of and conditioned upon the terms and conditions in the FWA, including but not limited to making the late payments, providing financial reporting, paying an additional TEN THOUSAND DOLLARS ($10,000), and complying with the terms and conditions of the Credit Agreement. A true and correct copy of the FWA is attached as Exhibit 3.

12.

Despite amicable demand, Crosby breached and continues to breach its obligations under the Credit Agreement and FWA.

13.

Due to Crosby's default of its obligations under the Credit Agreement and the FWA, Post Road[3] issued a Notice of Acceleration and Demands Regarding Collateral ("Notice"), a true and correct copy of which is attached as Exhibit 4, on December 22, 2025.

14.

As set forth in the Notice, at the time of issuance of the Notice, Crosby owed to Post Road the sum of EIGHT HUNDRED THIRTY SIX THOUSAND SEVEN HUNDRED SIXTY DOLLARS AND NINETY CENTS ($836,760.90), representing the unpaid installments of principal on the Loan and contractual interest; the sum of TEN THOUSAND DOLLARS ($10,000) due under the FWA; and TWELVE THOUSAND FIVE HUNDRED EIGHTY ONE

---

[2] PREF SPV 3, LLC ("PREF"), an affiliate of Post Road, executed the FWA as assignee to Post Road under the Credit Agreement, and successor lender and mortgagee. However, it was subsequently discovered that the Loan has not been assigned from Post Road to PREF, and references to PREF in the FWA shall therefore be construed as references to Post Road, as stated in the Updated Notice (defined in paragraph 15).
[3] PREF also executed the Notice as assignee to Post Road under the Credit Agreement; however, references in the Notice to PREF shall likewise be construed as references to Post Road, as stated in the Updated Notice. *See* fn. 1.

DOLLARS AND TWENTY FOUR CENTS ($12,581.24) for appraisal and inspection fees following occurrence of Crosby's events of default, all totaling EIGHT HUNDRED FIFTY NINE THOUSAND THREE HUNDRED FORTY TWO DOLLARS AND FOURTEEN CENTS ($859,342.14).

15.

Due to Crosby's continued default of its obligations under the Credit Agreement and the FWA, Post Road issued an Updated Notice of Acceleration and Demands Regarding Collateral ("Updated Notice"), a true and correct copy of which is attached as Exhibit 5, on January 26, 2026.

16.

As set forth in the Updated Notice, at the time of issuance of the Updated Notice, Crosby owed to Post Road the sum of EIGHT HUNDRED SEVENTEEN THOUSAND SIX HUNDRED SEVENTY-TWO DOLLARS AND TWENTY-FIVE CENTS ($817,672.25), representing the unpaid installments of principal on the Loan; the sum of THIRTY THOUSAND EIGHT HUNDRED EIGHTY-SEVEN DOLLARS AND NINETY-THREE CENTS ($30,887.93), representing the unpaid installments of interest on the Loan; the sum of TEN THOUSAND DOLLARS ($10,000) due under the FWA; and the sum of TWELVE THOUSAND FIVE HUNDRED EIGHTY ONE DOLLARS AND TWENTY-FOUR CENTS ($12,581.24) for appraisal and inspection fees following occurrence of Crosby's events of default, all totaling EIGHT HUNDRED SEVENTY-ONE THOUSAND ONE HUNDRED FORTY-ONE DOLLARS AND FORTY-TWO CENTS ($871,141.42).

17.

Since issuance of the Updated Notice, Crosby has not made any payments to Post Road and interest has accrued and continues to accrue.

18.

In filing this Verified Complaint, Post Road proceeds against the Vessels, *in rem*, under the substantive laws of the General Maritime Law of the United States of America as well as the Commercial Instrument and Maritime Liens Act, 46 U.S.C. §§31303 et seq. and under the procedural laws of the Federal Rules of Civil Procedure, including the Supplemental Rules for Admiralty and Maritime Claims, as well as the Local Rules of the United States District Court for the Eastern District of Louisiana.

## MARITIME LIEN CLAIMS AGAINST THE VESSELS *IN REM*

19.

Under United States general maritime law and statutes, Post Road has a maritime lien on the Vessels, *in rem*, to enforce its preferred mortgages, for the entire amount owed to Post Road under the Credit Agreement, FWA, and Mortgages in the total amount of EIGHT HUNDRED SEVENTY-ONE THOUSAND ONE HUNDRED FORTY-ONE DOLLARS AND FORTY-TWO CENTS ($871,141.42), or such greater amount as will be proven at trial, plus interest as specified in the terms of the Mortgage, attorney's fees, and prejudgment interest, inasmuch as the foregoing agreements are a maritime contract giving rise to a maritime lien on the Vessels under United States law.

20.

Upon information and belief, the Vessels are presently, or will during the pendency of this action be, on the navigable waters of the United States within the jurisdiction of this Honorable Court and are subject to arrest pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, to enforce Post Road's maritime lien on the Vessels.

21.

Plaintiff therefore requests the issuance of warrants of arrest pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims for the Vessels.

22.

Plaintiff agrees to hold harmless and indemnify the U.S. Marshal and its deputies from and against any and all liability arising as a result of the arrest of the Vessels.

## CLAIMS AGAINST CROSBY FOR BREACH OF CONTRACT

23.

Plaintiff repeats and re-alleges by reference the allegations contained in this Verified Complaint as if specifically set forth herein.

24.

Each Crosby entity, individually and collectively, *in personam*, is also liable for breach of contract for failing to pay the amounts due under, and perform the obligations required by, the Credit Agreement and FWA.

25.

Despite amicable demand, the amounts described above remain unpaid, and each Crosby entity, collectively and individually, *in personam*, is indebted to Post Road for the full amount set forth herein, and interest and fees and costs of collection, including but not limited to attorney's fees and custodia legis fees and costs associated with seizure of the Vessels and any other amounts due or owing under the Credit Agreement and FWA.

26.

Post Road therefore makes this claim for breach of a maritime contract and for a final judgment awarding damages in an amount to be proven in these proceedings.

27.

All and singular, the foregoing are true and correct and within the admiralty and maritime jurisdiction of this Honorable Court.

28.

Post Road reserves the right to supplement and amend this Verified Complaint as necessary and appropriate through the discovery of additional information relevant hereto.

WHEREFORE, plaintiff, Post Road Equipment Finance SPV, LLC (formerly known as Encina Equipment Finance SPV, LLC), prays:

a) That process issue from this Honorable Court in proper form instructing the United States Marshal for the Eastern District of Louisiana to issue and effect a warrant for arrest of the M/V ALLISON MARIE (Official No. 646831), M/V CAPT CROSBY (Official No. 636072); M/V CROSBY GENERAL (Official No. 625205); M/V CROSBY GRACE (Official No. 642422); M/V CROSBY LIGHTNING (Official No. 646296); M/V TARA ELIZABETH (Official No. 641377), *in rem*, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure;

b) That the United States Marshal for the Eastern District of Louisiana arrest the said Vessels and maintain custody over the Vessels until such time as claimant thereto posts security sufficient in form and amount to secure plaintiff's claims herein;

c) That those claiming an interest in the Vessels be required to file a claim to the said Vessels and answer, all and singular, the allegations of this Verified Complaint;

d) That after further proceedings be had, judgment be entered herein in favor of the plaintiff and against the M/V ALLISON MARIE (Official No. 646831), M/V CAPT CROSBY

(Official No. 636072); M/V CROSBY GENERAL (Official No. 625205); M/V CROSBY GRACE (Official No. 642422); M/V CROSBY LIGHTNING (Official No. 646296); and M/V TARA ELIZABETH (Official No. 641377), *in rem*, in the amount of EIGHT HUNDRED SEVENTY-ONE THOUSAND ONE HUNDRED FORTY-ONE DOLLARS AND FORTY-TWO CENTS ($871,141.42), plus interest according to the invoices, prejudgment accrued interest, costs, fees (including attorney's fees) *custodia legis* expenses, and all such other sums to which plaintiff is entitled;

e)  That after further proceedings be had, judgment be entered herein in favor of the plaintiff and against Crosby Marine Transportation, LLC, Crosby & Son Towing, L.L.C., Kurt Crosby, L.L.C., Crosby Offshore Marine Service, L.L.C., and Crosby Enterprises, L.L.C., *in personam*, for breach of contract in the full amount of the claim set forth in this Verified Complaint plus interest according to the invoices, prejudgment accrued interest, costs, fees (including attorney's fees), *custodia legis* expenses, and all such other sums to which plaintiff is entitled under contract, law, and equity;

f)  That after further proceedings, the M/V ALLISON MARIE (Official No. 646831), M/V CAPT CROSBY (Official No. 636072); M/V CROSBY GENERAL (Official No. 625205); M/V CROSBY GRACE (Official No. 642422); M/V CROSBY LIGHTNING (Official No. 646296); and M/V TARA ELIZABETH (Official No. 641377) be condemned and sold to satisfy the claims asserted herein by plaintiff, or, alternatively, that plaintiff have satisfaction of its claim out of the security, if any, posted to secure the Vessels' release; and

g)  For all such other and further relief that justice and the nature of this case will allow.

Respectfully submitted,

*/s/ Elizabeth B. McIntosh*
Raymond T. Waid (Bar No. 31351)
Elizabeth B. McIntosh (Bar No. 36575)
Chelsea C. Crews (Bar No. 38176)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
rwaid@liskow.com
ebmcintosh@liskow.com
ccrews@liskow.com

***Attorneys for Plaintiff, Post Road Equipment Finance SPV, LLC***

**PLEASE ISSUE A WARRANT OF ARREST**
**AGAINST THE M/V CROSBY GENERAL (Official No. 625205)**
**AND TARA ELIZABETH (Official No. 641377), AND**
**SERVE THE SAID WARRANT ON THE MASTERS**
**OF THE VESSELS PRESENTLY AT 296 BRIDGE RD HOUMA, LA 70363**

**PLEASE WITHHOLD SERVICE ON M/V ALLISON MARIE (Official No. 646831), M/V CAPT CROSBY (Official No. 636072); M/V CROSBY GRACE (Official No. 642422); M/V CROSBY LIGHTNING (Official No. 646296).**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Post Road Equipment Finance SPV, LLC, | § § § | CIVIL ACTION NO. |
| Plaintiff, | § § | JUDGE |
| VS. | § § | |
| CROSBY MARINE TRANSPORTATION, LLC; CROSBY & SON TOWING, L.L.C; KURT CROSBY, L.L.C.; CROSBY OFFSHORE MARINE SERVICE, L.L.C.; and CROSBY ENTERPRISES, LLC, in personam; and the following documented vessels, with their engines, machinery, equipment, fixtures, appurtenances, etc., in rem: ALLISON MARIE (Official No. 646831) CAPT CROSBY (Official No. 636072); CROSBY GENERAL (Official No. 625205); CROSBY GRACE (Official No. 642422); CROSBY LIGHTNING (Official No. 646296); TARA ELIZABETH (Official No. 641377), | § § § § § | MAGISTRATE JUDGE IN ADMIRALTY FED. R. CIV. P. 9(h) |
| Defendants. | | |

## VERIFICATION

**STATE OF CONNECTICUT**
**COUNTY OF FAIRFIELD**

I, William Yulo, a person of the full age of majority, and competent to testify, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

1. My name is William Yulo. I am over the age of 18;

2. I am an Officer of Plaintiff Post Road Equipment Finance SPV, LLC and

authorized to make this Verification; and

3.  I have read the foregoing Verified Complaint, know the contents thereof by virtue of my position as Officer, and declare that the same are true and correct.

Executed, this 26th day of January, 2026.

_____
WILLIAM YULO